**ROXIE L. CALHOUN, et al., v. THE SOMERSET COMPANY, a corporation.**

12 So. (2nd) 166          January Term, 1943

March 2, 1943          Division B

*Knight & Thompson* and *Sam Bucklew,* for petitioners.

*Worth, Bivens & Lively,* for respondent.

PER CURIAM:

Certiorari denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.